# AFFIDAVIT OF SERVICE

Case No: 00-6178-CIV-DIMITROULEAS

### TO BE SERVED
CHARLOTTE H. MANERA
8411 N.W. 15TH COURT
PEMBROKE PINES, FLORIDA

### COURT
IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE SOUTHERN DISTRICT OF
FLORIDA

UNITED STATES OF AMERICA
vs.
CHARLOTTE H. MANERA

### WRIT
SUMMONS IN A CIVIL ACTION

### SERVED FOR
MARY F. DOOLEY, AUSA

99 N.E. 4th STREET, SUITE 300
MIAMI, FLORIDA 33132

### INFORMATION
Court Date:
Court Time:
Witness Fee:
Doc. Type: Original
Atty File #:

I received this process 03/20/00 at 10:41 PM and it was served 03/20/00 at 7:00 AM in BROWARD COUNTY, FLORIDA.

On: CHARLOTTE H. MANERA
At: 8411 N.W. 15TH COURT
    PEMBROKE PINES, FLORIDA

SUBSTITUTE SERVICE: (FS 48.031)

By leaving a copy of this writ, the date and hour of service endorsed by me, and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of said household above the age of fifteen years to wit:

DOUGLAS MANERA
HUSBAND

and informing such person of their contents.

OTHER METHODS:

I acknowledge that I am a certified process server in the circuit in which the defendant was served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and Section 320 FL. Gov.

PROCESS SERVER: BARBARA RODRIGUEZ (104)
CAPLAN/MARKOWITZ & KAYE    (305) 374-3426
CPS Number:  45/780

The foregoing instrument was acknowledged before me this 23 day of March, 2000 BY BARBARA RODRIGUEZ, who is personally known to me, or who has produced a DVL as identification and who DID take an oath.

BRENDA TAYLOR
My Commission # CC 815829
Expires March 8, 2003
Fla Notary Service & Bonding Co

NOTARY PUBLIC OR OTHER OFFICER
AND TITLE OR RANK NOTARY

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

Case Number:

v.

CHARLOTTE H. MANERA

00-6178

TO: (Name and Address of Defendant)

CHARLOTTE H. MANERA
8411 NW 15CT
PEMBROOKE PINES, FL 33024

YOU ARE HEREBY SUMMONED to and required to serve upon plaintiff's attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

CLARENCE MADDOX
CLERK OF THE COURT

2/2/00 DATE

BY DEPUTY CLERK