UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE No.: 00-6178-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLOTTE H. MANERA,

    Defendant.
_____/



APPLICATION AND DECLARATION FOR
ENTRY OF DEFENDANT'S DEFAULT

    Mary F. Dooley, hereby applies to the Clerk of the Court for entry of defendant's default and declares as follows:

    1.    I am an Assistant United States Attorney for the Southern District Of Florida and in that capacity have been assigned to represent the interests of plaintiff in the above captioned matter.

    2.    I hereby make application to the Clerk of the Court for entry of default as to defendant, Charlotte H. Manera, pursuant to Rule 55 (a), Federal Rules of Civil Procedure, and in support of this application state as follows:

    a)    The defendant was personally served with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure.

    b)    Upon Plaintiff's information and belief, the defendant is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the



protection of 50 U.S.C. App. Section 520.

c)   The defendant has neither answered nor otherwise responded formally to the Plaintiff's Summons and Complaint, and the time to do so has expired, pursuant to Rule 12(a), Federal Rules of Civil Procedure.

WHEREFORE, plaintiff requests the Clerk of the Court to enter the defendant's default.

I, Mary F. Dooley, do hereby certify under penalty of perjury, pursuant to 28 U.S.C. §1746(2) that the above statements are true and accurate to the best of my knowledge and belief.

DATE: 4/12/00

MARY F. DOOLEY
ASSISTANT U. S. ATTORNEY
Florida Bar No. 112933
99 N.E. 4th Street,
Suite 300
Miami, FL 33132
Tel No. 305-961-9377
Fax No. 305-530-7195
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the APPLICATION AND DECLARATION FOR DEFENDANT'S DEFAULT was mailed this 12 day of **April 2000** to:

Charlotte H. Manera
8411 Nw 15ct
Pembrooke Pines FL, 33024

Mary F. Dooley
Assistant U.S. Attorney