UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

United States of America,　　　　CASE NO. 00-6178-CIV-WPD

　　　Plaintiff(s),

v.

**Charlotte H. Manera,**

　　　Defendant(s).
_____/

FILED by ___ D.C.
Apr 13, 2000
CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.

　　　It appearing that the defendant(s) herein, **Charlotte H. Manera,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Charlotte H. Manera, as of course, on this date April 13, 2000.

　　　　　　　　　　　**CLARENCE MADDOX**
　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Deputy Clerk

