UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6178-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLOTTE H. MANERA,

    Defendant.
_____/



FILED by _____ D.C.
APR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon plaintiff's Motion for Entry of Default Judgment [DE 8] against defendant Charlotte Manera, and the Court having carefully considered the motion and accompanying declaration, the entire file of this case including plaintiff's complaint and exhibits, return of service executed upon the defendant [DE 5], the Clerk's entry of default against defendant [DE 7], it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Default Judgment [DE 8] is hereby **GRANTED;**

2. Judgment is hereby entered in favor of Plaintiff, the United States of America, and against defendant Charlotte Manera, upon the complaint and exhibits herein;

4. Plaintiff shall recover of the defendant the sum of $3,304.33, consisting of $1,281.64 in unpaid principal, plus the amount of $1,842.93 in interest accrued through April 11, 2000, in accordance with the supporting documentation attached as Exhibit "B" to Plaintiff's Motion for Entry of Default Judgment, plus interest of $4.76 (8.00% interest per annum from April 11, 2000 to the date of this judgment), plus the sum of $175.00 in taxed costs;

5. This judgment of $3,304.33 shall bear interest at the rate of 6.197% per annum from the



      date of this Final Judgment, for which let execution issue;

6.    This judgment shall be enforceable as prescribed by 28 U.S.C. §§ 2001 et seq., 28 U.S.C. §§ 3001-3007, and Rule 69(a), Federal Rules of Civil Procedure.

7.    Any other pending motions are hereby denied as moot.

8.    The Clerk of the Court shall close this case.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of April, 2000.

                                  WILLIAM P. DIMITROULEAS
                                  United States District Judge

copies to:

Mary Dooley, AUSA (2 certified copies)

Charlotte H. Manera
8411 NW 15th Court
Pembrooke Pines, FL 33024